TOWN OF TARBORO ET AL. v. WALSTON, TRUSTEE, ET AL.

(Filed 19 September, 1917.)

For digest, see *Hyatt v. Walston, Trustee, ante,* 55.

CIVIL ACTION tried before *Whedbee, J.,* at April Term, 1917, of EDGECOMBE.

Plaintiff appealed.

*Alsbrook & Phillips and Don Gilliam for plaintiff.*
*G. M. T. Fountain & Son for defendants.*

BROWN, J. The same facts are found in this case as in *Edgecombe County and R. B. Hyatt, Sheriff, v. Walston, Trustee, et als., ante,* 55, and the same questions of law are presented.

Upon the authority of that case, judgment will be entered for plaintiff.

Reversed.